UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-against-

G.R.G. NY CORP., a New York corporation, d/b/a BIGA BITE USA, and 1-7 CLINTON LLC, a New York limited lability company,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/24/2023_

22 Civ. 9975 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 29, 2022, the Court ordered the parties to file a joint letter and proposed case management plan by January 23, 2023. ECF No. 11. Those submissions are now overdue. Accordingly, by **January 30, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: January 24, 2023
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge