


**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Eric D. Witkin
212.497.8487 direct
212.583.9600 main
646.417.7546 fax
ewitkin@littler.com

July 13, 2023

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007-1312

Application GRANTED.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: July 14, 2023

Re:  <u>Norris v. G.R.G. NY Corp., d/b/a Biga Bite, et al.</u> (SDNY No. 1:22-CV-09975) (JHR)

Dear Judge Rearden:

This law firm is counsel in this action for Defendant 1-7 Clinton LLC ("Clinton").

Pursuant to Local Civil Rule 83.9, on behalf of all parties, we respectfully request that the Court refer this action to a mediation by a member of the SDNY mediation panel experienced with claims under Title III of the Americans with Disabilities Act, and that all deadlines in the action be stayed pending completion of that mediation.  Those deadlines include (1) the July 19, 2023, deadline for defendants to respond to the Amended Complaint and (2) the August 7, 2023 deadline for the parties to submit a Case Management Plan and Joint Status Letter (ECF No. 29).

The purpose of this request is to provide the parties with a means and time to continue their settlement discussions, under the auspices of a mediator, in an effort to resolve this matter without unnecessary and wasteful litigation. We believe that Clinton's original response to the Complaint was due April 10, 2023. Clinton's prior requests to adjourn its response to the Complaint were granted on April 6, 2023 (ECF No. 20), May 2, 2023 (ECF No. 24) and in part on June 2, 2023 (ECF No. 26), and defendant GRG's first request was granted on June 16, 2023 (ECF No. 29).

Counsel for all parties join in this request.  We thank the Court for considering this request.

Respectfully,

*Eric D. Witkin*

Eric D. Witkin

cc: All Counsel of Record

littler.com